UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ELAINE L CHAO,

    Plaintiff,

v.                                          Case No. 08-C-319

DOERING'S INC., et al.,

    Defendants.

**ORDER**

On April 7, Plaintiff was notified that this case would be dismissed for failure to prosecute within 21 days unless additional action was taken. Although some of the defendants have recently made pro se filings with the court, the Plaintiff has not indicated any effort to prosecute this action. Accordingly, the case is **DISMISSED** for failure to prosecute.

**SO ORDERED** this   4th   day of May, 2009.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge